# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:14-mj-00168-SAB |
| | ) | |
| Plaintiff, | ) | **DEFENDANT'S STATUS REPORT ON** |
| v. | ) | **UNSUPERVISED PROBATION** |
| | ) | |
| RAFFAELE BORGESANO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

PURSUANT to an order of this Court the Defendant hereby submits his status report on unsupervised probation:

**Convicted of:** Operating a motor vehicle under the influence of alcohol, or a drug, or drugs, or a combination thereof, in violation of 36 C.F.R. § 4.23(a)(1)

**Sentence Date:** October 16, 2014

**Review Hearing Date:** September 17, 2015

**Probation Expires On:** October 15, 2015

### CONDITIONS OF UNSUPERVISED PROBATION:

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $1,200.00, which Total Amount is made up of a Fine: $ 1,190.00; Special Assessment: $ 10.00; Processing Fee: $ 0.00; Restitution: $ 0.00.

☒ Payment schedule of $ 100 per month by the 15th of each month.

☐ **Community Service hours Imposed of:**

☒ **Other Conditions:** Defendant shall not drive a vehicle unless properly licensed and insured. Defendant shall not drive a vehicle with any measurable amount of alcohol in blood stream.

### COMPLIANCE:

☒ Defendant has complied with and completed all conditions of probation described above.

**Otherwise:**

☐ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☐ To date, Defendant has paid a total of $
☐ If not paid in full when was last time payment: Date:
Amount: $

☐ To date, Defendant has performed Click here to enter text. hours of community service.

☐ Compliance with Other Conditions of Probation.

*GOVERNMENT POSITION:*

☐ The Government agrees to the above-described compliance.

☒ The Government disagrees with the following area(s) of compliance: Although Defendant did not comply with condition to make monthly payments and in fact made no payments until August 27, 2015, Defendant has now paid the fine and assessment in full. Defendant does not have any additional criminal history.

Government Attorney: /s/ Bayleigh J. Pettigrew

*DEFENDANT'S REQUEST (OPTIONAL):*

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 9/17/2015 at 10:00 a.m.

    ☐ be continued to _____ at 10:00 a.m.; or

    ☒ be vacated.

☒ or, alternatively, that Defendant's appearance for the review hearing be waived.

DATED: 9/3/2015            */s/ Erin Snider*
                                                           DEFENDANT'S COUNSEL

## O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED. The Court orders that the Review Hearing be vacated.

☐ DENIED.

DATED: **Sep 3, 2015**

/s/ Stanley A. Boone
**STANLEY A. BOONE**
United States Magistrate Judge